UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X

SCHMI CABALLERO,

                              Plaintiff,

                  -VS-

THE CITY OF NEW YORK, NEW YORK
CITY POLICE DEPARTMENT, POLICE
OFFICER MICHAEL SUSANA, SHIELD
# 15165, CAPTAIN LYNCH,
CORRECTION OFFICER HUESCU
SHIELD # 18036 and ARRESTING
OFFICERS OF THE 6TH PRECINCT and
OFFICERS OF THE NEW YORK CITY
DEPARTMENT OF CORRECTIONS

                              Defendants.

--------------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**
CASE # 1183 CV 2012

STATE OF NEW YORK          )
                                          ) ss.:
COUNTY OF RICHMOND   )

               **WAI TAK JOE**, being duly sworn deposes and says, that Deponent is not a
party to the action, is over 18 years of age and resides in the State of New York.

               On February 16th, 2012 deponent served a copy of a **Summons in a Civil Action, Civil
Cover Sheet, Individual Practices of Judge John G. Koeltl, Individual Practice of Magistrate Judge
Maas, Complaint Demand for Jury Trial, and Electronic Case Filing Rules & Instructions** upon
Police Officer Michael Susana, Shield # 15165 by serving Sergeant Darabont, Shield # 2843 who is
authorized to accept service on Police Officer Michael Susana, Shield # 15165 behalf.

Service Address
**Police Officer Michael Susana**
**6th Police Precinct**
**233 West 10th Street**
**New York, NY, 10014**

Name & Description of Party Served
   Name:     **Sergeant Darabont**
   Sex:        **Male**
   Color:      **White**
   Hair:        **Black**
   Approx. Age:     **35-40**
   Approx. Height:  **5'10-5'11**
   Approx. Weight:  **195-200**
   Approx. Time:    **1:58 p.m.**

                                        x _____
                                                **WAI TAK JOE**
                                                LIC # 1175449

Sworn to before me this
17th Day of February 2012

_____
   Notary Public

                    **JENNIFER LAU**
           **NOTARY PUBLIC-STATE OF NEW YORK**
                      No. 01LA6164777
                  Qualified in Richmond County
               Certificate Filed in New York County
               My Commission Expires April 30, 20__